IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ALTON SHARAN SAPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-082 |
| | ) | |
| THE PREMISES AND REAL PROPERTY | ) | |
| WITH BUILDINGS, APPURTENANCES, | ) | |
| ATTACHMENTS, AND IMPROVEMENTS | ) | |
| OF 8 LOTS IN MOORE PLACE | ) | |
| SUBDIVISION ON CLARK PLACE | ) | |
| ROAD, DESIGNATED AS LOTS 1 THRU | ) | |
| 8, OWNED BY BURKE COUNTY | ) | |
| GEORGIA LOCATED IN WAYNESBORO, | ) | |
| GEORGIA, 30830, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 8.) The Court **OVERRULES** all objections and **DENIES** all requests contained therein concerning the terms of dismissal for this case. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 31st day of July, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA